## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA GOODEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:22-CV-1900-K (BH) |
| | ) | |
| FNU LNU, IRS Employee, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SO ORDERED.

Signed December 6th, 2022.

_Ed Kinkeade_

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**